### 19996. SHEPPARD v. THE STATE.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the special grounds of the motion for a new trial show no cause for a reversal of the judgment.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 13, 1929.

*R. Lawton LeSueur, J. A. Hixon,* for plaintiff in error.
*Hollis Fort, solicitor-general,* contra.